**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

MJC

In the Matter of
JEFFREY NIXON,
v.
R.B. GUSTAFSON COMPANY,
and Indian Corporation,

Case Number:

**08 C 1391**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

R.B. GUSTAFSON COMPANY

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| James C. Vlahakis |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /s/ James C. Vlahakis, |

| FIRM |
|---|
| Hinshaw Culbertson LLP |

| STREET ADDRESS |
|---|
| 222 N. LaSalle Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230459 | 312-704-3715 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐