**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                     Case Number: 08 CV 01391
Nixon v. R.B. Gustafson Company


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jeffrey Nixon - Plaintiff


| | |
|---|---|
| **NAME** (Type or print) <br> E. Michael Ciesla | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ E. Michael Ciesla | |
| **FIRM** <br> Ciesla & Ciesla, P.C. | |
| **STREET ADDRESS** <br> 836 Skokie Blvd. | |
| **CITY/STATE/ZIP** <br> Northbrook, IL 60062 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6236855 | **TELEPHONE NUMBER** <br> 847-412-1988 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |