**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CV 1391 |
| | ) | |
| R.B. GUSTAFSON COMPANY, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT**

Plaintiff Jeffrey Nixon, through his counsel, moves for an Order of Default granting judgment in Plaintiff's favor that Defendant R.B. Gustafson Company, an Indiana corporation owes Plaintiff unpaid severance amounts and the cost of medical, disability and life insurance, pursuant to an employment agreement between the parties dated January 26, 2005, plus attorneys' fees and costs. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed his Complaint on January 30, 2008, in the Circuit Court of Cook County, Illinois, County Department, Law Division. Plaintiff's lawsuit arises under an employment agreement between the parties dated January 26, 2005, for Defendant's failure to pay severance amounts and the cost of medical, disability and life insurance, which amount is in excess of $200,000.00.

2. On January 30, 2008, Plaintiff had a Summons issued. See Exhibit A attached hereto.

3. On February 7, 2008, Sue Graves of the Elkhart County Sheriff's Department, in Elkhart, Indiana, obtained service on the Defendant. See Exhibit B attached hereto.

1

4.  Defendant filed a Notice of Removal Based Upon Diversity Jurisdiction on March 7, 2008 removing this matter from the Circuit Court of Cook County, Illinois to this Court.

5.  Based on the service of the Complaint on February 7, 2008, Defendant's Answer to the Complaint was due on March 7, 2008.

6.  Defendant has not filed an Answer to the Complaint.  Defendant's failure to timely Answer the Complaint entitles Plaintiff to an Order of Default.

7.  For the foregoing reasons, an Order of Default should be entered in Plaintiff's favor.

WHEREFORE, Plaintiff requests that an Order of Default be entered against Defendant.

Respectfully Submitted,

Dated April 8, 2008

s/E. Michael Ciesla
E. Michael Ciesla (ARDC #6236855)
Ciesla & Ciesla, P.C.
836 Skokie Blvd.
Northbrook, Illinois 60062
(847) 412-1988

Attorneys for Plaintiff

# EXHIBIT A

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

CCG N001-10M-1-07-05 (     )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW _____ DIVISION

(Name all parties)

JEFFREY NIXON

v.

R.B. GUSTAFSON COMPANY, an Indana corporation

**SUMMONS**

No. 08L001049

Please serve:
R.B. Gustafson Company
c/o Kirk Sobecki
57766 CO RD 3 S.
Elkhart, Indiana 46517

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 42137
Name: E. Michael Ciesla/ Ciesla & Ciesla, P.C.
Atty. for: Plaintiff
Address: 707 Skokie Blvd., Suite 220
City/State/Zip: Northbrook, Illinois 60062
Telephone: (847) 412-1988

Service by Facsimile Transmission will be accepted at: _____
(Area Code)  (Facsimile Telephone Number)

WITNESS, _____,

DOROTHY BROWN   JAN 3 0 2008

Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# EXHIBIT B

STATE OF INDIANA )
                 ) S.S.
COUNTY OF ELKHART )

I, _Sue Graves_, being duly sworn, in the State of Indiana that I am an employee of the Elkhart County Sheriff's Department, in Elkhart County, Indiana. On the _7_ day of _February_, 2008, at _57766 CR 3 S Elkhart_, Elkhart County, Indiana, I personally delivered a copy to the _defendant_ in cause _08L001049_ in _Nixon RB Gustafson Co_ vs _RD Gustafson Co_, to _K Sobecki_, the defendant named by handing to and leaving with _K Sobecki_ (he/she being _____ and accepting service.

_Sue Graves_
Employee of the Elkhart County Sheriff's Department

Subscribed and sworn to (or affirmed) before me this _7_ day of _February_, 2008, by _Portia K. Ham_.

PORTIA K. HAM
Elkhart County
My Commission Expires
April 25, 2014

_Portia K. Ham_
Notary Public