IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CV 1391 |
| | ) | |
| R.B. GUSTAFSON COMPANY, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   James C. Vlahakis
      Hinshaw Culbertson LLP
      222 N. LaSalle Street
      Suite 300
      Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on April 15, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Der-Yeghiayan, in Courtroom 1903 in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Motion for Default,** a copy of which is attached hereto and hereby served upon you.

                                                   Respectfully Submitted,

Dated April 8, 2008

                                                   <u>s/E. Michael Ciesla</u>
                                                   E. Michael Ciesla (ARDC #6236855)
                                                   Ciesla & Ciesla, P.C.
                                                   836 Skokie Blvd.
                                                   Northbrook, Illinois 60062
                                                   (847) 412-1988

                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008 I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. I also certify that I mailed out a copy via U.S. Mail to counsel of record.

Respectfully Submitted,

By: s/ E. Michael Ciesla

E. Michael Ciesla (ARDC #6236855)
Ciesla & Ciesla, P.C.
836 Skokie Blvd.
Northbrook, Illinois 60062
(847) 412-1988