# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jeffrey Nixon

                Plaintiff,

v.

                                   Case No.: 1:08–cv–01391

                                   Honorable Samuel Der–Yeghiayan

R.B. Gustafson Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy that they would like to withdraw their motion for default. Therefore, Plaintiff's motion for entry default judgment [7] is hereby withdrawn. Initial status hearing set for 04/24/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.