**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1391 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff Jeffrey Nixon ("Plaintiff"), through his attorneys E. Michael Ciesla  and

Defendant R. B. Gustafson Company ("Defendant"), through its attorney James C.

Vlahakis submit their Joint Initial Status Report pursuant to the Court's Standing Order.

1.    **Nature of Claims and Counterclaims.**

Plaintiff alleges breach of an employment agreement between the Plaintiff and

Defendant whereby Defendant failed to provide certain benefits and severance payments

pursuant to such employment agreement.  There are no counterclaims at this time.

2.    **Relief Sought By Plaintiff.**

Plaintiff seeks actual damages in excess of $200,000 for lost severance payments

and lost benefits and attorneys' fees and costs.

3.    **Names of Parties Not Served.**

All parties have been served.

4.    **Principal Legal Issues.**

Whether Defendant breached a contract between Plaintiff and Defendant.

5.    **Principal Factual Issues.**

6307943v2 887376

Whether Plaintiff was terminated or voluntarily resigned his employment from the Defendant.

6.  **List of Pending Motions and Brief Summary of Bases for Motions.**

No motions are currently pending.

7.  **Description of Discovery Requested and Exchanged.**

To date, neither party has served the other with discovery requests.

8.  **Type of Discovery Needed.**

The parties anticipate serving interrogatories and requests for the production of documents.  The parties may also serve requests to admit facts.  The parties expect to take depositions.  The parties do not anticipate the need for expert discovery.

9.  **Agreed Dates for:**

(a) **Rule 26(a)(1) Disclosures:**        May, 9, 2008

(b) **Fact Discovery Completion:**        August 8, 2008

(c) **Expert Discovery Completion:** Because the parties do not expect to retain expert witnesses, they do not anticipate that expert discovery will be needed; however, final determination cannot be made until the exchange of written discovery and party depositions.

(d) **Filing of Dispositive Motions:**    45 days after closure of fact discovery (September 22, 2008).

(e) **Filing of Final Pretrial Order:**   45 days following the Court's ruling on dispositive motions.

10. **Estimation of when case will be ready for trial.**  February, 2009

11. **Probable Length of Trial.**        Three or four days.

6307943v2 887376

12.     **Whether a request have been made for a jury trial.**

Defendant has requested a jury trial.

13.     **Whether there have been settlement discussions and if so the outcome of those discussions.**

The parties have engaged in settlement discussions but have not reached an agreement.  Further settlement discussions continue.

14.     **Whether the parties consent to proceed before a Magistrate Judge.**

One party has agreed to consent to proceed before the assigned magistrate judge and the other party is in the process of deciding this issue.

Respectfully Submitted,

s/E. Michael Ciesla                          s/James C. Vlahakis
E. Michael Ciesla                            James C. Vlahakis
Ciesla & Ciesla, P.C.                        Hinshaw & Culbertson LLP
836 Skokie Blvd.                             222 N. LaSalle Street, Suite 300
Northbrook, Illinois 60062                   Chicago, Illinois 60601
(847) 412-1988                               (312) 704-3715
mciesla@cclegal.net                          jvlahakis@hinshawlaw.com


Attorneys for Plaintiff                      Attorneys for Defendant

6307943v2 887376

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008 I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Respectfully Submitted,

/s/ James C. Vlahakis
James  C. Vlahakis
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
 (312) 704-3715
jvlahakis@hinshawlaw.com
Attorney for Defendant

6307943v2 887376