IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Consent to Exercise of Jurisdiction
By a United States Magistrate Judge**

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1391 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, | ) | |
| | ) | Designated Magistrate Judge Ashman |
| Defendant. | ) | |

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

/s/ E. Michael Ciesla
E. Michael Ciesla
Ciesla & Ciesla, P.C.
836 Skokie Blvd.
Northbrook, Illinois 60062
(847) 412-1988
mciesla@cclegal.net
Attorney for Plaintiff

/s/ James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3715
jvlahakis@hinshawlaw.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY NIXON, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 1391 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, ) | |
| ) | Magistrate Judge Ashman |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 29, 2008, we cause to be filed the parties'

**Consent to Exercise of Jurisdiction By a United States Magistrate Judge**, a copy of which as

been served upon all parties of record.


/s/ James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
 (312) 704-3715
jvlahakis@hinshawlaw.com
Attorney for Defendant,
R.B. GUSTAFSON COMPANY,

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008 I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ James C. Vlahakis
James  C. Vlahakis
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
 (312) 704-3715
jvlahakis@hinshawlaw.com
Attorney for Defendant