**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jeffrey Nixon
                        Plaintiff,

v.                                            Case No.: 1:08−cv−01391
                                            Honorable Samuel Der−Yeghiayan

R.B. Gustafson Company
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan: The parties having filed a joint consent to proceed before a United States Magistrate Judge, the status hearing set for 04/30/08 is stricken. The Court will recommend to the Executive Committee that the instant action be reassigned to the Designated Magistrate Judge. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.