## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 08 CV 01391

JEFFREY NIXON
v.
R.B. GUSTAFSON COMPANY, an Indiana Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JEFFREY NIXON

| |
|---|
| NAME (Type or print)<br> Kathryn L. Ciesla |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Kathryn L. Ciesla |
| FIRM<br> Ciesla & Ciesla, P.C. |
| STREET ADDRESS<br> 836 Skokie Boulevard |
| CITY/STATE/ZIP<br> Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 06239145 | TELEPHONE NUMBER<br> 847-412-1988 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐