**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1391 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## <u>MOTION TO WITHDRAW</u>

NOW COMES E. Michael Ciesla, one of the attorneys of record for the Plaintiff, JEFFREY NIXON, and moves to withdraw his Appearance, and in support there of, states as follows:

1.      I filed my Appearance in the above captioned matter on behalf of the Plaintiff on March 17, 2008.

2.      Plaintiff is currently represented by STEVEN M. CLOH, KATHRYN L. CIESLA, CARY GOLDBERG and me.

WHEREFORE, Movant requests that E. MICHAEL CIESLA be allowed to withdraw his Appearance instanter.

Respectfully Submitted,

Dated July 30, 2008

s/E. Michael Ciesla
E. Michael Ciesla (ARDC #6236855)
Ciesla & Ciesla, P.C.
836 Skokie Blvd.
Northbrook, Illinois 60062
(847) 412-1988

Attorney for Plaintiff