IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1391 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   James C. Vlahakis
      Hinshaw Culbertson LLP
      222 N. LaSalle Street
      Suite 300
      Chicago, Illinois 60601

　　　PLEASE TAKE NOTICE that on August 6, 2008 at 10:00 a.m., I shall appear before Magistrate Judge Ashman, in Courtroom 1386 in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present E. Michael Ciesla's **Motion to Withdraw,** a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated July 30, 2007

　　　　　　　　　　　　　　　　　　　　s/E. Michael Ciesla
　　　　　　　　　　　　　　　　　　　　E. Michael Ciesla (ARDC #6236855)
　　　　　　　　　　　　　　　　　　　　Ciesla & Ciesla, P.C.
　　　　　　　　　　　　　　　　　　　　836 Skokie Blvd.
　　　　　　　　　　　　　　　　　　　　Northbrook, Illinois 60062
　　　　　　　　　　　　　　　　　　　　(847) 412-1988

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. I also certify that I mailed out a copy via U.S. Mail to counsel of record.

Respectfully Submitted,

By: s/ E. Michael Ciesla

E. Michael Ciesla (ARDC #6236855)
Ciesla & Ciesla, P.C.
836 Skokie Blvd.
Northbrook, Illinois 60062
(847) 412-1988