UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jeffrey Nixon
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01391
                                                Honorable Martin C. Ashman

R.B. Gustafson Company
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 6, 2008:


   MINUTE entry before the Honorable Martin C. Ashman: E. Michael Ciesla' motion to withdraw his appearance as counsel for plaintiff [23] is granted. Status hearing held on 8/6/2008. Attorney Michael Ciesla terminated. Fact discovery closure is extended to 9/30/2008. Settlement Conference set for 9/5/2008 at 02:00 PM., in chambers 1366. All clients and parties with full authority to settle are to be physically present. Failure to have parties with full authority to settle present may result in the imposition of severe sanctions. (For further details see standing order on the court's web site at www.ilnd.uscourts.gov.) Mailed notice.(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.