IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY NIXON, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 1391 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, ) | |
| ) | Magistrate Judge Ashman |
| Defendant. ) | |

## MOTION TO WITHDRAW

NOW COMES Cary N. Goldberg, one of the attorneys of record for the Plaintiff, JEFFREY NIXON, and moves to withdraw his Appearance, and in support there of, states as follows:

1. I filed my Appearance in the above captioned matter on behalf of the Plaintiff on April 9, 2008.

2. Plaintiff is currently represented by STEVEN M. CLOH and KATHRYN L. CIESLA, and me.

WHEREFORE, Movant requests that CARY N. GOLDBERG be allowed to withdraw his Appearance instanter.

Respectfully Submitted,

Dated August 13, 2008

s/Cary N. Goldberg
Cary N. Goldberg (ARDC #6187583)
Law Offices of Cary N. Goldberg
332 S. Michigan Ave., Ste. 1000
Chicago, Illinois 60604
(312) 356-9009

Attorney for Plaintiff