IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1391 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| R.B. GUSTAFSON COMPANY, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   James C. Vlahakis
      Hinshaw Culbertson LLP
      222 N. LaSalle Street
      Suite 300
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on September 5, 2008 at 2:00 p.m., I shall appear before Magistrate Judge Ashman, in Courtroom 1386 in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Cary Goldberg's **Motion to Withdraw**, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

Dated August 13, 2008

s/Cary N. Goldberg
Cary N. Goldberg (ARDC #6187583)
Law Offices of Cary N. Goldberg
332 S. Michigan Ave., Ste. 1000
Chicago, Illinois 60604
(312) 356-9009

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. I also certify that I mailed out a copy via U.S. Mail to counsel of record.

Respectfully Submitted,

By: s/Cary N. Goldberg


Cary N. Goldberg (ARDC #6187583)
Law Offices of Cary N. Goldberg
332 S. Michigan Ave., Ste. 1000
Chicago, Illinois 60604
(312) 356-9009