## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 1391 |
| | ) | |
| R.B. GUSTAFSON COMPANY, an Indiana corporation, | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

    PLEASE TAKE NOTICE that on the August, 26th 2008, at 10:30 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Magistrate Judge Martin C. Ashman sitting in his stead in Courtroom 1386 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, to present **Defendant's Motion to Strike**, a copy of which is attached hereto and herewith served upon you.

    By: /s/ James C. Vlahakis

    One of the Attorney for Defendants
    Shan Jumper, Lea Chankin and
    Liberty Healthcare

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3715
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the above motion/document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Respectfully submitted,

By: /s/ James C. Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Jvlahakis@hinshawlaw.com

2