**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Jeffrey Nixon

                    Plaintiff,

v.                                       Case No.: 1:08−cv−01391
                                          Honorable Martin C. Ashman

R.B. Gustafson Company

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Motion hearing held on 9/2/2008 regarding motion to strike[30]. Defendant's motion to strike plaintiff's motion to compel [30] is entered and continued to 9/5/2008 at 02:00 PM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.