## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Jeffrey Nixon

                    Plaintiff,

v.                                     Case No.: 1:08−cv−01391
                                                    Honorable Martin C. Ashman

R.B. Gustafson Company

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Cary N. Goldberg's motion to withdraw his appearance as attorney for plaintiff [26] is granted. Plaintiff's motion to compel [29] is withdrawn. Defendant's motion to strike plaintiff&#039;s motion to compel [30] is denied as moot. Settlement conference held on 9/5/2008 – unsuccessful. Attorney Cary Neal Goldberg terminated. Discovery closure date is extended to 10/31/2008. Status hearing set for 11/10/2008 at 10:00 AM. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.